# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ESPOSITO, LAURENCE | § Case No. 09-24594-BWB |
| ESPOSITO, JACKILIN | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S DEARBORN STREET
7TH FLOOR
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/13/2012 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  12/07/2011          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                    Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ESPOSITO, LAURENCE <br> ESPOSITO, JACKILIN <br><br> Debtor(s) | § Case No. 09-24594-BWB <br> § <br> § <br> § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,000.61 |
| *and approved disbursements of* | $ 72.18 |
| *leaving a balance on hand of* [1] | $ 9,928.43 |
| **Balance on hand:** | $ 9,928.43 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,928.43 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 1,750.05 | 0.00 | 1,750.05 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 322.00 | 0.00 | 322.00 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 2,347.50 | 0.00 | 2,347.50 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 158.01 | 0.00 | 158.01 |
| Accountant for Trustee, Fees - Alan D. Lasko | 950.00 | 0.00 | 950.00 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 13.70 | 0.00 | 13.70 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,541.26 |
| Remaining balance: | $ 4,387.17 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $   0.00
Remaining balance: $   4,387.17

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $   0.00
Remaining balance: $   4,387.17

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 86,483.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Chase Bank USA, N.A. | 5,735.18 | 0.00 | 290.93 |
| 3 | Chase Bank USA, N.A. | 3,454.47 | 0.00 | 175.23 |
| 4 | PYOD LLC its successors and assigns as assignee of | 450.48 | 0.00 | 22.85 |
| 5 | Chase Bank USA, N.A. | 4,674.68 | 0.00 | 237.13 |
| 6 | Chase Bank USA, N.A. | 13,041.76 | 0.00 | 661.56 |
| 7 | Receivables Management Inc. (RMI)/ Mortg | 100.00 | 0.00 | 5.07 |
| 8 | American Express Bank FSB | 4,759.30 | 0.00 | 241.42 |
| 9 | American Express Centurion Bank | 284.40 | 0.00 | 14.43 |
| 10 | OLD SECOND NATIONAL BANK | 50,000.00 | 0.00 | 2,536.33 |
| 11 | Chase Bank USA,N.A | 493.17 | 0.00 | 25.02 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 12 | Little Rock Fire Dist & Dermatolgy LTD | 1,582.75 | 0.00 | 80.29 |
| 13 | Gold Coast Plastic Surgery | 175.00 | 0.00 | 8.88 |
| 14 | FIA CARD SERVICES, NA/BANK OF AMERICA | 1,732.21 | 0.00 | 87.87 |

|  |  |  |
|---|---:|---:|
| Total to be paid for timely general unsecured claims: | $ | 4,387.01 |
| Remaining balance: | $ | 0.16 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---:|---:|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.16 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---:|---:|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.16 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 09-24594-BWB
Laurence R Esposito                                             Chapter 7
Jackilin J Esposito
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez              Page 1 of 3              Date Rcvd: Dec 08, 2011
                              Form ID: pdf006            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2011.
db/jdb     +Laurence R Esposito,   Jackilin J Esposito,   6000 Red Gate lane,   Yorkville, IL 60560-9147
aty        +David P Lloyd,   Grochocinski Grochocski and Lloyd Ltd,   1900 Ravinia Road,
             Orland Park, IL 60462-3760
aty        +David P von Ebers,   Help-U-Settle Attorneys Chtd,   1034 Pleasant Street,
             Oak Park, IL 60302-3002
14134787   +Advanced Health,   10646 165th Street,   Orland Park, IL 60467-8734
14134788   +American Express,   c/o Becket and Lee,   Po Box 3001,   Malvern, PA 19355-0701
14488126    American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
14489971    American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
14134790   +Art of a Smile, P.C.,   624 W. Veterans Pkwy.,   Suite C,   Yorkville, IL 60560-4567
14134792   +Bac / Fleet Bankcard,   Po Box 26012,   Greensboro, NC 27420-6012
14134802    COSPORT,   2525 Kaneville Rd,   Geneva, IL 60134-2578
14134795   +Cda/pontiac,   Attn: Bankruptcy,   Po Box 213,   Sreator, IL 61364-0213
14134796   +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14473733    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14549528   +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
14134799   +Chase Manhattan,   Attn: Bankruptcy Research Dept,   3415 Vision Dr,   Columbus, OH 43219-6009
14134800   +Chase Manhattan Mtg,   G7-Pp,   3415 Vision Dr.,   Columbus, OH 43219-6009
14134801   +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
14134803    Creditors Collection Bureau, Inc.,   PO Box 1022,   Wixom, MI 48393-1022
14134805   +Fawell & Fawell, LTD,   2100 Manchester Road,   Suite 503,   Wheaton, IL 60187-4586
14134806   +Gold Coast Plastic Surgery,   1 E. Erie Street,   Suite 640,   Chicago, IL 60611-4756
14134807   +Jjill/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
14134794   +Little Rock Fire Dist & Dermatolgy LTD,   Cda/pontiac,   Attn: Bankruptcy,   Po Box 213,
             Sreator, IL 61364-0213
14134811   +Old Second National Ba,   37 S River St,   Aurora, IL 60506-4172
14535480   +Old Second National Bank,   37 S. River St.,   Aurora, IL 60506-4172
14134812   +Receivables Management Inc. (RMI)/ Mortg,   Attn: Bankruptcy,   3348 Ridge Rd,
             Lansing, IL 60438-3112
14134815   +Wfnnb/ann Taylor,   Po Box 182273,   Columbus, OH 43218-2273

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14134804   +E-mail/Text: collections@earthmovercu.com Dec 09 2011 02:34:38     Earthmover Credit Union,
             P O Box 2937,   Aurora, IL 60507-2937
14763616    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 09 2011 04:56:57
             FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
             Oklahoma City, OK   73124-8809
14134808   +E-mail/PDF: cr-bankruptcy@kohls.com Dec 09 2011 05:00:38     Kohls,   Attn: Recovery,
             Po Box 3120,   Milwaukee, WI 53201-3120
14134809   +E-mail/Text: bankrup@nicor.com Dec 09 2011 02:32:07     Nicor Gas,
             Attention:  Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
14134810   +E-mail/Text: bnc@nordstrom.com Dec 09 2011 02:32:16     Nordstrom FSB,
             Attention:  Bankruptcy Department,   Po Box 6566,   Englewood, CO 80155-6566
14473898   +E-mail/Text: resurgentbknotifications@resurgent.com Dec 09 2011 02:31:50
             PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
14134814    E-mail/Text: vci.bkcy@vwcredit.com Dec 09 2011 02:32:49     Volkswagon Credit Inc,
             1401 Franklin Blvd,   Libertyville, IL 60048
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Jordon B Rifis
14134793       Castle Bank N.A.
14134789*     +American Express,   c/o Becket and Lee,   Po Box 3001,   Malvern, PA 19355-0701
14134797*     +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14134798*     +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14134791    ##+ASM/Center for Sleep Med,   9721 W. 165th Street,   Orland Park, IL 60467-4538
14134813    ##+Transworld Systems, Inc.,   25 Northwest Point Blvd,   #750,   Elk Grove Village, IL 60007-1058
                                                                                     TOTALS: 2, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: bchavez              Page 2 of 3              Date Rcvd: Dec 08, 2011
                              Form ID: pdf006            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 10, 2011**                    **Signature:**       _Joseph Speetjens_

```
District/off: 0752-1          User: bchavez              Page 3 of 3              Date Rcvd: Dec 08, 2011
                              Form ID: pdf006            Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2011 at the address(es) listed below:

```
          Ariane  Holtschlag    on behalf of Trustee Thomas Sullivan lawyers@ggl-law.com
          Christopher M Brown    on behalf of Creditor  Chase Home Finance LLC
           northerndistrict@atty-pierce.com,  cbrown@atty-pierce.com
          Darren L Besic    on behalf of Creditor  JP Morgan Chase Bank, N.A. dbesic@aol.com
          David E Grochocinski    on behalf of Trustee Thomas Sullivan lawyers@ggl-law.com,
           lawyers@ggl-law.com
          David P Lloyd    on behalf of Trustee Thomas Sullivan dlloyd@ggl-law.com
          Jordan B. Rifis    on behalf of Debtor Laurence Esposito jordanlaw1@aol.com,
           dpvonebers@comcast.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas B Sullivan    tsullivan@ggl-law.com,  IL19@ecfcbis.com
                                                                                             TOTAL: 8
```