**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: ESPOSITO, LAURENCE | § | Case No. 09-24594-BWB |
| ESPOSITO, JACKILIN | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $3,150.00                                Assets Exempt:  $112,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,524.77         Claims Discharged
                                                    Without Payment: $81,958.63

Total Expenses of Administration: $5,475.94

---

3) Total gross receipts of $   10,000.71   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $10,000.71 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $478,747.00 | $1,195.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,613.44 | 5,475.94 | 5,475.94 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 59,566.09 | 86,483.40 | 86,483.40 | 4,524.77 |
| **TOTAL DISBURSEMENTS** | $538,313.09 | $93,291.84 | $91,959.34 | $10,000.71 |

  4) This case was originally filed under Chapter 7 on July 07, 2009. The case was pending for 32 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/09/2012  By: /s/THOMAS B. SULLIVAN, TRUSTEE
             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LAWSUIT VS. RICHARD FARAONE | 1149-000 | 10,000.00 |
| Interest Income | 1270-000 | 0.71 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.71** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Earthmover Credit Union | 4210-000 | N/A | 1,195.00 | 0.00 | 0.00 |
| NOTFILED | Chase Manhattan | 4110-000 | 9,892.00 | N/A | N/A | 0.00 |
| NOTFILED | Old Second National Ba | 4110-000 | 48,574.00 | N/A | N/A | 0.00 |
| NOTFILED | Earthmover Credit Union | 4110-000 | 1,948.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mtg | 4110-000 | 412,949.00 | N/A | N/A | 0.00 |
| NOTFILED | Volkswagon Credit Inc | 4110-000 | 5,384.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$478,747.00** | **$1,195.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 1,750.05 | 1,750.05 | 1,750.05 |
| THOMAS B. SULLIVAN, TRUSTEE | 2200-000 | N/A | 322.00 | 322.00 | 322.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 158.01 | 158.01 | 158.01 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 2,347.50 | 2,210.00 | 2,210.00 |
| Alan D. Lasko | 3410-000 | N/A | 950.00 | 950.00 | 950.00 |
| Alan D. Lasko | 3420-000 | N/A | 13.70 | 13.70 | 13.70 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 4.04 | 4.04 | 4.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 18.14 | 18.14 | 18.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,613.44 | 5,475.94 | 5,475.94 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 ─GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,735.18 | 5,735.18 | 300.06 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,454.47 | 3,454.47 | 180.74 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 450.48 | 450.48 | 23.57 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,674.68 | 4,674.68 | 244.58 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 13,041.76 | 13,041.76 | 682.34 |
| 7 | Receivables Management Inc. (RMI)/ Mortg | 7100-000 | N/A | 100.00 | 100.00 | 5.23 |
| 8 | American Express Bank FSB | 7100-000 | N/A | 4,759.30 | 4,759.30 | 249.00 |
| 9 | American Express Centurion Bank | 7100-000 | N/A | 284.40 | 284.40 | 14.88 |
| 10 | OLD SECOND NATIONAL BANK | 7100-000 | N/A | 50,000.00 | 50,000.00 | 2,615.97 |
| 11 | Chase Bank USA,N.A | 7100-000 | N/A | 493.17 | 493.17 | 25.80 |
| 12 | Little Rock Fire Dist & Dermatolgy LTD | 7100-000 | N/A | 1,582.75 | 1,582.75 | 82.81 |
| 13 | Gold Coast Plastic Surgery | 7100-000 | N/A | 175.00 | 175.00 | 9.16 |
| 14 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 1,732.21 | 1,732.21 | 90.63 |
| NOTFILED | COSPORT | 7100-000 | 375.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Usa | 7100-000 | 446.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,415.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 5,637.00 | N/A | N/A | 0.00 |
| NOTFILED | Cda/pontiac | 7100-000 | 1,002.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 13,020.00 | N/A | N/A | 0.00 |
| NOTFILED | Cda/pontiac | 7100-000 | 580.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection Bureau, Inc. | 7100-000 | 343.75 | N/A | N/A | 0.00 |
| NOTFILED | Fawell & Fawell, LTD | 7100-000 | 2,956.14 | N/A | N/A | 0.00 |
| NOTFILED | Receivables Management Inc. (RMI)/ Mortg | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/ann Taylor | 7100-000 | 210.00 | N/A | N/A | 0.00 |
| NOTFILED | Transworld Systems, Inc. | 7100-000 | 375.00 | N/A | N/A | 0.00 |
| NOTFILED | Nordstrom FSB | 7100-000 | 979.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 11.00 | N/A | N/A | 0.00 |
| NOTFILED | Gold Coast Plastic Surgery | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 455.00 | N/A | N/A | 0.00 |
| NOTFILED | Jjill/cbsd | 7100-000 | 20.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Castle Bank N.A. | 7100-000 | 26,000.00 | N/A | N/A | 0.00 |
| NOTFILED | ASM/Center for Sleep Med | 7100-000 | 375.00 | N/A | N/A | 0.00 |
| NOTFILED | Art of a Smile, P.C. | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express c/o Becket and Lee | 7100-000 | 369.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Health | 7100-000 | 390.20 | N/A | N/A | 0.00 |
| NOTFILED | American Express c/o Becket and Lee | 7100-000 | 369.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac / Fleet Bankcard | 7100-000 | 1,663.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 59,566.09 | 86,483.40 | 86,483.40 | 4,524.77 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-24594-BWB  
**Case Name:** ESPOSITO, LAURENCE  
ESPOSITO, JACKILIN  
**Period Ending:** 03/09/12

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 07/07/09 (f)  
**§341(a) Meeting Date:** 08/27/09  
**Claims Bar Date:** 12/02/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6000 RED GATE LANE, YORKVILLE, IL | 410,000.00 | 0.00 | | 0.00 | FA |
| 2 | LOTS 39 AND 40 BLK 3 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING ACCOUNT | 3,100.00 | 0.00 | | 0.00 | FA |
| 4 | FURNITURE | 800.00 | 0.00 | DA | 0.00 | FA |
| 5 | CLOTHES | 600.00 | 0.00 | | 0.00 | FA |
| 6 | WESTERN & SOUTHERN LIFE | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 401K | 21,000.00 | 0.00 | | 0.00 | FA |
| 8 | PENSION | 81,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2006 LINCOLN LS | 9,075.00 | 0.00 | | 0.00 | FA |
| 10 | 2004 VW PASSAT WAGON | 4,100.00 | 0.00 | | 0.00 | FA |
| 11 | 2000 HONDA CIVIC | 2,350.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1997 HONDA ACCORD | 1,400.00 | 0.00 | | 0.00 | FA |
| 13 | LAWSUIT VS. RICHARD FARAONE | 180,000.00 | 175,100.00 | | 10,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.71 | FA |
| 14 | Assets    Totals (Excluding unknown values) | $713,425.00 | $175,100.00 | | $10,000.71 | $0.00 |

**Major Activities Affecting Case Closing:**

MOVING TO SETTLE LITIGATION; MOTION TO SETTLE SET FOR 1/28/11; FINAL HEARING SET FOR JANUARY 13, 2012

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010    **Current Projected Date Of Final Report (TFR):**    December 7, 2011  (Actual)

Printed: 03/09/2012 11:04 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-24594-BWB  
**Case Name:** ESPOSITO, LAURENCE  
ESPOSITO, JACKILIN  
**Taxpayer ID #:** **-***4119  
**Period Ending:** 03/09/12  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******29-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/01/11 | {13} | RICHARD FARAONE | | 1149-000 | 5,000.00 | | 5,000.00 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-24594, Bond# 016026455 | 2300-000 | | 4.04 | 4,995.96 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,995.99 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,996.03 |
| 04/12/11 | {13} | RICHARD FARAONE | SETTLEMENT PAYMENT | 1149-000 | 1,000.00 | | 5,996.03 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,996.07 |
| 05/19/11 | {13} | SUSAN FARAONE | SETTLEMENT PAYMENT | 1149-000 | 1,500.00 | | 7,496.07 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,496.12 |
| 06/13/11 | {13} | SUSAN FARAONE | SETTLEMENT PAYMENT | 1149-000 | 1,000.00 | | 8,496.12 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,496.18 |
| 07/08/11 | {13} | SUSAN M FARAONE | SETTLEMENT PAYMENT | 1149-000 | 1,500.00 | | 9,996.18 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,996.25 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 18.14 | 9,978.11 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,978.19 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,953.19 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,953.27 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,928.27 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,928.35 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,928.43 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,928.51 |
| 01/13/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 9,928.53 |
| 01/13/12 | | To Account #9200******2966 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 9,928.53 | 0.00 |

|  |  | ACCOUNT TOTALS | 10,000.71 | 10,000.71 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 9,928.53 | |
|  |  | **Subtotal** | **10,000.71** | **72.18** | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$10,000.71** | **$72.18** | |

{} Asset reference(s)

Printed: 03/09/2012 11:04 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-24594-BWB  
**Case Name:** ESPOSITO, LAURENCE  
ESPOSITO, JACKILIN  
**Taxpayer ID #:** **-***4119  
**Period Ending:** 03/09/12

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******29-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/13/12 | | From Account #9200******2965 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 9,928.53 | | 9,928.53 |
| 01/20/12 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,750.05, Trustee Compensation;  Reference:<br>Voided on 01/20/12 | 2100-000 | | ! 1,750.05 | 8,178.48 |
| 01/20/12 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,750.05, Trustee Compensation;  Reference:<br>Voided: check issued on 01/20/12 | 2100-000 | | ! -1,750.05 | 9,928.53 |
| 01/20/12 | 102 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $322.00, Trustee Expenses;  Reference:<br>Voided on 01/20/12 | 2200-000 | | ! 322.00 | 9,606.53 |
| 01/20/12 | 102 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $322.00, Trustee Expenses;  Reference:<br>Voided: check issued on 01/20/12 | 2200-000 | | ! -322.00 | 9,928.53 |
| 01/20/12 | 103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $158.01, Attorney for Trustee Expenses (Trustee Firm); Reference:<br>Voided on 01/20/12 | 3120-000 | | ! 158.01 | 9,770.52 |
| 01/20/12 | 103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $158.01, Attorney for Trustee Expenses (Trustee Firm); Reference:<br>Voided: check issued on 01/20/12 | 3120-000 | | ! -158.01 | 9,928.53 |
| 01/20/12 | 104 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $2,250.00, Attorney for Trustee Fees (Trustee Firm);  Reference:<br>Voided on 01/20/12 | 3110-000 | | ! 2,250.00 | 7,678.53 |
| 01/20/12 | 104 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $2,250.00, Attorney for Trustee Fees (Trustee Firm);  Reference:<br>Voided: check issued on 01/20/12 | 3110-000 | | ! -2,250.00 | 9,928.53 |
| 01/20/12 | 105 | Alan D. Lasko | Dividend paid 100.00% on $950.00, Accountant for Trustee Fees (Other Firm);  Reference:<br>Voided on 01/20/12 | 3410-000 | | ! 950.00 | 8,978.53 |
| 01/20/12 | 105 | Alan D. Lasko | Dividend paid 100.00% on $950.00, Accountant for Trustee Fees (Other Firm);  Reference:<br>Voided: check issued on 01/20/12 | 3410-000 | | ! -950.00 | 9,928.53 |
| 01/20/12 | 106 | Alan D. Lasko | Dividend paid 100.00% on $13.70, Accountant for Trustee Expenses (Other Firm);  Reference:<br>Voided on 01/20/12 | 3420-000 | | ! 13.70 | 9,914.83 |
| 01/20/12 | 106 | Alan D. Lasko | Dividend paid 100.00% on $13.70, Accountant for Trustee Expenses (Other Firm);  Reference:<br>Voided: check issued on 01/20/12 | 3420-000 | | ! -13.70 | 9,928.53 |

Subtotals :   $9,928.53   $0.00

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 03/09/2012 11:04 AM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-24594-BWB  
**Case Name:** ESPOSITO, LAURENCE  
ESPOSITO, JACKILIN  
**Taxpayer ID #:** **-***4119  
**Period Ending:** 03/09/12

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******29-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/20/12 | 107 | Chase Bank USA, N.A. | Dividend paid   5.18% on $5,735.18; Claim# 2; Filed: $5,735.18; Reference: Voided on 01/20/12 | 7100-000 | | ! 297.41 | 9,631.12 |
| 01/20/12 | 107 | Chase Bank USA, N.A. | Dividend paid   5.18% on $5,735.18; Claim# 2; Filed: $5,735.18; Reference: Voided: check issued on 01/20/12 | 7100-000 | | ! -297.41 | 9,928.53 |
| 01/20/12 | 108 | Chase Bank USA, N.A. | Dividend paid   5.18% on $3,454.47; Claim# 3; Filed: $3,454.47; Reference: Voided on 01/20/12 | 7100-000 | | ! 179.14 | 9,749.39 |
| 01/20/12 | 108 | Chase Bank USA, N.A. | Dividend paid   5.18% on $3,454.47; Claim# 3; Filed: $3,454.47; Reference: Voided: check issued on 01/20/12 | 7100-000 | | ! -179.14 | 9,928.53 |
| 01/20/12 | 109 | PYOD LLC its successors and assigns as assignee of | Dividend paid   5.18% on $450.48; Claim# 4; Filed: $450.48; Reference: Voided on 01/20/12 | 7100-000 | | ! 23.36 | 9,905.17 |
| 01/20/12 | 109 | PYOD LLC its successors and assigns as assignee of | Dividend paid   5.18% on $450.48; Claim# 4; Filed: $450.48; Reference: Voided: check issued on 01/20/12 | 7100-000 | | ! -23.36 | 9,928.53 |
| 01/20/12 | 110 | Chase Bank USA, N.A. | Dividend paid   5.18% on $4,674.68; Claim# 5; Filed: $4,674.68; Reference: Voided on 01/20/12 | 7100-000 | | ! 242.41 | 9,686.12 |
| 01/20/12 | 110 | Chase Bank USA, N.A. | Dividend paid   5.18% on $4,674.68; Claim# 5; Filed: $4,674.68; Reference: Voided: check issued on 01/20/12 | 7100-000 | | ! -242.41 | 9,928.53 |
| 01/20/12 | 111 | Chase Bank USA, N.A. | Dividend paid   5.18% on $13,041.76; Claim# 6; Filed: $13,041.76; Reference: Voided on 01/20/12 | 7100-000 | | ! 676.31 | 9,252.22 |
| 01/20/12 | 111 | Chase Bank USA, N.A. | Dividend paid   5.18% on $13,041.76; Claim# 6; Filed: $13,041.76; Reference: Voided: check issued on 01/20/12 | 7100-000 | | ! -676.31 | 9,928.53 |
| 01/20/12 | 112 | Receivables Management Inc. (RMI)/ Mortg | Dividend paid   5.18% on $100.00; Claim# 7; Filed: $100.00; Reference: Voided on 01/20/12 | 7100-000 | | ! 5.19 | 9,923.34 |
| 01/20/12 | 112 | Receivables Management Inc. (RMI)/ Mortg | Dividend paid   5.18% on $100.00; Claim# 7; Filed: $100.00; Reference: Voided: check issued on 01/20/12 | 7100-000 | | ! -5.19 | 9,928.53 |
| 01/20/12 | 113 | American Express Bank FSB | Dividend paid   5.18% on $4,759.30; Claim# 8; Filed: $4,759.30; Reference: Voided on 01/20/12 | 7100-000 | | ! 246.80 | 9,681.73 |

Subtotals :          $0.00          $246.80

{} Asset reference(s)          !-Not printed or not transmitted          Printed: 03/09/2012 11:04 AM     V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-24594-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | ESPOSITO, LAURENCE | Bank Name: | The Bank of New York Mellon |
| | ESPOSITO, JACKILIN | Account: | 9200-******29-66 - Checking Account |
| Taxpayer ID #: | **-***4119 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/09/12 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/20/12 | 113 | American Express Bank FSB | Dividend paid   5.18% on $4,759.30; Claim# 8; Filed: $4,759.30; Reference: Voided: check issued on 01/20/12 | 7100-000 | | ! -246.80 | 9,928.53 |
| 01/20/12 | 114 | American Express Centurion Bank | Dividend paid   5.18% on $284.40; Claim# 9; Filed: $284.40; Reference: Voided on 01/20/12 | 7100-000 | | ! 14.75 | 9,913.78 |
| 01/20/12 | 114 | American Express Centurion Bank | Dividend paid   5.18% on $284.40; Claim# 9; Filed: $284.40; Reference: Voided: check issued on 01/20/12 | 7100-000 | | ! -14.75 | 9,928.53 |
| 01/20/12 | 115 | OLD SECOND NATIONAL BANK | Dividend paid   5.18% on $50,000.00; Claim# 10; Filed: $50,000.00; Reference: Voided on 01/20/12 | 7100-000 | | ! 2,592.85 | 7,335.68 |
| 01/20/12 | 115 | OLD SECOND NATIONAL BANK | Dividend paid   5.18% on $50,000.00; Claim# 10; Filed: $50,000.00; Reference: Voided: check issued on 01/20/12 | 7100-000 | | ! -2,592.85 | 9,928.53 |
| 01/20/12 | 116 | Chase Bank USA,N.A | Dividend paid   5.18% on $493.17; Claim# 11; Filed: $493.17; Reference: Voided on 01/20/12 | 7100-000 | | ! 25.57 | 9,902.96 |
| 01/20/12 | 116 | Chase Bank USA,N.A | Dividend paid   5.18% on $493.17; Claim# 11; Filed: $493.17; Reference: Voided: check issued on 01/20/12 | 7100-000 | | ! -25.57 | 9,928.53 |
| 01/20/12 | 117 | Little Rock Fire Dist & Dermatolgy LTD | Dividend paid   5.18% on $1,582.75; Claim# 12; Filed: $1,582.75; Reference: Voided on 01/20/12 | 7100-000 | | ! 82.08 | 9,846.45 |
| 01/20/12 | 117 | Little Rock Fire Dist & Dermatolgy LTD | Dividend paid   5.18% on $1,582.75; Claim# 12; Filed: $1,582.75; Reference: Voided: check issued on 01/20/12 | 7100-000 | | ! -82.08 | 9,928.53 |
| 01/20/12 | 118 | Gold Coast Plastic Surgery | Dividend paid   5.18% on $175.00; Claim# 13; Filed: $175.00; Reference: Voided on 01/20/12 | 7100-000 | | ! 9.07 | 9,919.46 |
| 01/20/12 | 118 | Gold Coast Plastic Surgery | Dividend paid   5.18% on $175.00; Claim# 13; Filed: $175.00; Reference: Voided: check issued on 01/20/12 | 7100-000 | | ! -9.07 | 9,928.53 |
| 01/20/12 | 119 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid   5.18% on $1,732.21; Claim# 14; Filed: $1,732.21; Reference: Voided on 01/20/12 | 7100-000 | | ! 89.83 | 9,838.70 |
| 01/20/12 | 119 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid   5.18% on $1,732.21; Claim# 14; Filed: $1,732.21; Reference: Voided: check issued on 01/20/12 | 7100-000 | | ! -89.83 | 9,928.53 |

Subtotals :   $0.00   $-246.80

{} Asset reference(s)         !-Not printed or not transmitted         Printed: 03/09/2012 11:04 AM   V.12.57

Exhibit 9

# FORM 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 09-24594-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | ESPOSITO, LAURENCE / ESPOSITO, JACKILIN | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***4119 | Account: | 9200-******29-66 - Checking Account |
| Period Ending: | 03/09/12 | Blanket Bond: | $5,000,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/20/12 | 120 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,750.05, Trustee Compensation; Reference: | 2100-000 | | 1,750.05 | 8,178.48 |
| 01/20/12 | 121 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $322.00, Trustee Expenses; Reference: | 2200-000 | | 322.00 | 7,856.48 |
| 01/20/12 | 122 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $158.01, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 158.01 | 7,698.47 |
| 01/20/12 | 123 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $2,210.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,210.00 | 5,488.47 |
| 01/20/12 | 124 | Alan D. Lasko | Dividend paid 100.00% on $950.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 950.00 | 4,538.47 |
| 01/20/12 | 125 | Alan D. Lasko | Dividend paid 100.00% on $13.70, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 13.70 | 4,524.77 |
| 01/20/12 | 126 | Chase Bank USA, N.A. | Dividend paid 5.23% on $5,735.18; Claim# 2; Filed: $5,735.18; Reference: | 7100-000 | | 300.06 | 4,224.71 |
| 01/20/12 | 127 | Chase Bank USA, N.A. | Dividend paid 5.23% on $3,454.47; Claim# 3; Filed: $3,454.47; Reference: | 7100-000 | | 180.74 | 4,043.97 |
| 01/20/12 | 128 | PYOD LLC its successors and assigns as assignee of | Dividend paid 5.23% on $450.48; Claim# 4; Filed: $450.48; Reference: | 7100-000 | | 23.57 | 4,020.40 |
| 01/20/12 | 129 | Chase Bank USA, N.A. | Dividend paid 5.23% on $4,674.68; Claim# 5; Filed: $4,674.68; Reference: | 7100-000 | | 244.58 | 3,775.82 |
| 01/20/12 | 130 | Chase Bank USA, N.A. | Dividend paid 5.23% on $13,041.76; Claim# 6; Filed: $13,041.76; Reference: | 7100-000 | | 682.34 | 3,093.48 |
| 01/20/12 | 131 | Receivables Management Inc. (RMI)/ Mortg | Dividend paid 5.23% on $100.00; Claim# 7; Filed: $100.00; Reference: | 7100-000 | | 5.23 | 3,088.25 |
| 01/20/12 | 132 | American Express Bank FSB | Dividend paid 5.23% on $4,759.30; Claim# 8; Filed: $4,759.30; Reference: | 7100-000 | | 249.00 | 2,839.25 |
| 01/20/12 | 133 | American Express Centurion Bank | Dividend paid 5.23% on $284.40; Claim# 9; Filed: $284.40; Reference: | 7100-000 | | 14.88 | 2,824.37 |
| 01/20/12 | 134 | OLD SECOND NATIONAL BANK | Dividend paid 5.23% on $50,000.00; Claim# 10; Filed: $50,000.00; Reference: | 7100-000 | | 2,615.97 | 208.40 |
| 01/20/12 | 135 | Chase Bank USA,N.A | Dividend paid 5.23% on $493.17; Claim# 11; Filed: $493.17; Reference: | 7100-000 | | 25.80 | 182.60 |
| 01/20/12 | 136 | Little Rock Fire Dist & Dermatolgy LTD | Dividend paid 5.23% on $1,582.75; Claim# 12; Filed: $1,582.75; Reference: | 7100-000 | | 82.81 | 99.79 |
| 01/20/12 | 137 | Gold Coast Plastic Surgery | Dividend paid 5.23% on $175.00; Claim# 13; Filed: $175.00; Reference: | 7100-000 | | 9.16 | 90.63 |
| 01/20/12 | 138 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 5.23% on $1,732.21; Claim# 14; Filed: $1,732.21; Reference: | 7100-000 | | 90.63 | 0.00 |

Subtotals :  $0.00   $9,928.53

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 09-24594-BWB
**Case Name:** ESPOSITO, LAURENCE
ESPOSITO, JACKILIN
**Taxpayer ID #:** **-***4119
**Period Ending:** 03/09/12

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******29-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 9,928.53 | 9,928.53 | $0.00 |
| | | | Less: Bank Transfers | | 9,928.53 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 9,928.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$9,928.53** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******29-65** | 10,000.71 | 72.18 | 0.00 |
| **Checking # 9200-******29-66** | 0.00 | 9,928.53 | 0.00 |
| | $10,000.71 | $10,000.71 | $0.00 |

{} Asset reference(s)

Printed: 03/09/2012 11:04 AM   V.12.57